and Daniel J. Leary, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Jacob Ringheim, Respondent, v. George William Schlichten, Appellant.— Order modified by confining examination of defendant to the cause of action set forth in the complaint, and as so modified affirmed, without costs.  No opinion.

Percy N. Lawrence, Appellant, v. Atwood Violett, Respondent, Impleaded with William E. Bishop (2 cases).— Orders affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises Situated on the Westerly Side of Avenue A, or Sutton Place, etc., Duly Selected, with Other Property, as a Site for the Blackwell's Island Bridge Approach.  David Shapiro and William Carstens, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the Judicial Settlement of the Account of Edward Materne and Julius Hess, as Executors, etc., of Julius Wolff, Deceased, Respondents, and of the Application of Julius Hess, Respondent, for Leave to Resign as Trustee under Said Will.   Minna Wolff, Appellant; Emil Wolff and Others, Respondents.— Decree affirmed, with costs.   No opinion.

Samuel W. Ehrich, Respondent, v. Leo C. Dessar, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

Lillie Lawlor, Respondent, v. Densmore-Compton Building Company and No. 471 Park Avenue, Incorporated, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises Situated on the Westerly Side of Avenue A, or Sutton Place, and the Northerly Side of Fifty-ninth Street, and Southerly Side of Sixtieth Street, Between Avenue A, or Sutton Place, and First Avenue, in the Borough of Manhattan, in The City of New York, Duly Selected with Other Property as a Site for the Blackwell's Island Bridge Approach.  Catherine Dunn and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

The Barrick Publishing Company, Appellant, v. The P. & D. Publishing Company and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

The People of the State of New York ex rel. Rosie Press, Appellant, v. The Warden of the Common Jail of the County of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  (Laughlin, J., dissented on the ground that the order on which the commitment was issued was void, in that the receiver was not a party to the litigation.)

Albert H. Dollard, Respondent, v. Benjamin Koronsky, Appellant.— Determination affirmed, with ten dollars costs and disbursements.  No opinion.  (Ingraham, J., dissented.)

In the Matter of the Application of Justina Slizuk, as Administratrix, etc., of Nastia Konkolniak, Deceased, Respondent, for and under Sections 2706-2709, Both Inclusive, of the Code of Civil Procedure.  Jacob Katzman, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.